IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

RODNEY JO HAAG                                               PLAINTIFF

v.                          Case No. 11-2001

DANIEL SHUE, Prosecuting
Attorney, Sebastian County,
Arkansas                                                     DEFENDANT

## **ORDER**

Now on this 7th day of April, 2011, there comes on for consideration the report and recommendation filed herein on March 17, 2011, by the Honorable James R. Marschewski, United States Magistrate Judge for the Western District of Arkansas. (Doc. 8). Also before the Court are Plaintiff's objections (doc. 9).

The court has reviewed this case *de novo* and, being well and sufficiently advised, finds as follows: The report and recommendation is proper and should be and hereby is adopted in its entirety. Accordingly, Plaintiff's Complaint is DISMISSED on the grounds that the claims are asserted against an individual who is immune from suit. *See* 28 U.S.C. § 1915(e)(2)(B)(IFP action may be dismissed on such grounds at any time). Plaintiff is advised that this dismissal is considered a "strike" for purposes of the Prison Litigation Reform Act. 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

/s/ Robert T. Dawson
Honorable Robert T. Dawson
United States District Judge

**AO72A**
**(Rev. 8/82)**